151 A.3d 978

SALVATORE F. CARFARO, PLAINTIFF-PETITIONER, AND EL-LEN M. CARFARO, PLAINTIFF, v. BLUE HAVEN POOLS NORTHEAST, INC. D/B/A BLUE HAVEN POOLS, AND CENTU-RY GUNITE, LLC, DEFENDANTS-RESPONDENTS, AND JAMES FARMER, DEFENDANT AND ANOTHER RELATED CASE

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2803/2889-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.